# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| ROGER KNUTSON, ) | No. 1:13-cv-00823-WTL-DKL |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S MOTION FOR** |
| vs. ) | **DEFAULT JUDGMENT** |
| ) | |
| THE BRACHFELD LAW GROUP, P.C. ) | |
| ) | |
| Defendant. ) | |

NOW COMES the Plaintiff, ROGER KNUTSON ("Plaintiff"), through his attorneys, and hereby moves this Honorable Court for a default judgment against Defendant, THE BRACHFELD LAW GROUP, P.C. ("Defendant").  The Clerk of the Court has entered an order on Plaintiff's Application for Default at [Doc.6],   leaving this Honorable Court to grant Plaintiff's Motion.

Plaintiff seeks default against Defendant in the amount of four thousand seven hundred fifty dollars and sixty cents ($4,750.60), representing statutory damages in the amount of one thousand dollars ($1,000.00), 15 U.S.C. § 1692(k)(a)(2)(A), three thousand two hundred fifty dollars and sixty cents ($3,250.60) in attorneys' fees plus five hundred dollars ($500.00) in costs, 15 U.S.C. § 1692(k)(a)(3).

Date: July 18, 2013          RESPECTFULLY SUBMITTED,

By: /s/ Ryan Lee
    Ryan Lee
    Krohn & Moss, Ltd
    10474 Santa Monica Blvd., Suite 405
    Los Angeles, CA 90025
    Phone:  (323) 988-2400 ext. 241
    Fax:    (866) 802-0021
    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 18, 2013, I electronically filed the foregoing Plaintiff's Motion for Default Judgment with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to Defendant at the address listed below via the USPS.

Brachfeld Law Group, P.C.
800 W Sam Houston Parkway #200
Houston, TX 77042                                /s/ Ryan Lee
                                                                   Ryan Lee