UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **ROGER KNUTSON,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    vs. | ) CAUSE NO. 1:13-cv-823-WTL-DKL |
| | ) |
| **BRACHFELD LAW GROUP, P.C.,** | ) |
| | ) |
|    Defendant. | ) |

## JUDGMENT

The Court having granted the Plaintiff's motion for default judgment, judgment is hereby **ENTERED** in favor of the Plaintiff and against the Defendant in the amount of $4,650.60, inclusive of costs and attorney fees.

SO ORDERED:   08/09/2013

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Copy by United States Mail to:**

**Brachfeld Law Group, PC**
**800 W. Sam Houston Parkway #200**
**Houston, TX  77042**

Copy to counsel of record via electronic notification